809 P.2d 960

**Franklin DANO, a single man, and Paul Huebl, a married man, Plaintiffs/Appellants,**

**v.**

**Tom COLLINS, in his capacity as Maricopa County Attorney; and Richard G. Godbehere, in his capacity as Maricopa County Sheriff, an agency of the State of Arizona, Defendants/Appellees.**

**No. CV–90–0214–PR.**

Supreme Court of Arizona.

April 16, 1991.

ORDERED: Vacating the order dated January 15, 1991, accepting review in this matter as having been improvidently granted.

FURTHER ORDERED: Petition for review = DENIED.

Justice Moeller dissented from the decision to vacate the order accepting review.